*E-FILED - 5/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| STEVEN L. OWENS, | ) | No. C 05-1482 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| A.P. KANE, et al., | ) | |
| Respondent. | ) | |

The court has denied the instant petition for a writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 5/9/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\pro-se\sj.rmw\hc.05\Owens482.jud.md          1